IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03009-BNB

GABRIEL BOBO MENDOZA,

Applicant,

v.

JESSICA YOUNGOK PARK, and
PEOPLE OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2010

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant, Gabriel Bobo Mendoza, has submitted a letter to the Court and a Motion for Writ of Habeas Corpus. He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __X__ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __X__ is missing required financial information
(5) ___ is missing an original signature by the prisoner

(6) __ is not on proper form (must use the Court's current form)
(7) __ Names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the Court. Only an original has been received.
(9) X  Other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) X  is not on proper form (must use the Court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ Uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/Applicant have not been received by the court.
(17) __ Names in caption do not match names in text
(18) X  Other: The only proper Respondent is Applicant's warden (the person who has custody over him).

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this Order.** Any papers that Applicant files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this Order** the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 16, 2010, at Denver, Colorado.

                                       BY THE COURT:

                                       s/ Boyd N. Boland
                                       United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03009-BNB

Gabriel Mendoza
Prisoner No. 185966
Denver Van Cise-Simonet Detention Center
490 W Colfax Ave
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 16, 2010.

GREGORY C. LANGHAM, CLERK

By: _[signature]_
Deputy Clerk